IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 17-cv-02439-MJW

JOHN C. PRICE,

Plaintiff,

v.

JEFF SESSIONS, Attorney General of the United States,

Defendant.

## ORDER TO SHOW CAUSE

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

  This case is before this Court upon review of the file. Plaintiff filed his Complaint (Docket No. 1) on October 10, 2017. In it, he alleges that Colorado's voting districts are gerrymandered, which denies him meaningful choice in House of Representative elections. He proposes that his preferred redistricting scheme be adopted and implemented.

  Plaintiff filed a substantially similar lawsuit in this district on November 29, 2016. *See* District Court Case No. 16-cv-02905-MJW. On July 10, 2017, this Court granted Defendant's motion to dismiss for lack of subject matter jurisdiction because Plaintiff did not have standing to sue. *See* District Court Case No. 16-cv-02905-MJW at Docket No. 32. The Court also denied Plaintiff's request to amend his complaint as futile. *Id.* The case was dismissed without prejudice. *Id.* at Docket No. 33. Plaintiff did not appeal that order.

The Court has reviewed Plaintiff's Complaint in this action. It appears that the allegations contained therein and Plaintiff's requested relief are practically identical to those previously dismissed by the undersigned Magistrate Judge. Accordingly, it is hereby

**ORDERED** that on **November 16, 2017, at 10:00 a.m.** in Courtroom A-502, fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294, Plaintiff shall appear in person and show cause why this Court has subject matter jurisdiction over this case and/or why this case should not be dismissed due to Plaintiff's lack of standing.

Dated: October 11, 2017  s/ Michael J. Watanabe
       Denver, Colorado   Michael J. Watanabe
                          United States Magistrate Judge