IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02439-MJW

JOHN C. PRICE,

Plaintiff,

v.

JEFF SESSIONS, Attorney General of the United States,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that on or before November 30, 2017, the parties shall complete and file the Consent/Non-Consent Form, indicating either unanimous consent of the parties or that consent has been declined.  Please note that this date m ay be earlier than the default deadlines contemplated by D.C.COLO.LCivR 40.1(c)(4).

Date: October 11, 2017